IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 24.185.154.10

**ISP:** Optimum Online
**Physical Location:** Jackson, NJ

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 06/11/2016 02:00:15 | C3350B77AD085908E1022E122A5A7F6FEFE161F6 | Good Morning Melissa |
| 06/09/2016 20:28:53 | 66C51308AC630425FB911C3E1A90EFD7108CCDEC | Make Me Cum |
| 06/06/2016 15:23:56 | 3CD4FFAF5440DFE6A6E9BE4946542C08ECB5C417 | Threesome With a View |
| 06/06/2016 14:52:27 | B00E50D6367B2AA803B328A97A01DEDC14BA075F | Tropical Sexcapades |
| 06/03/2016 18:26:57 | 70849920A1792ED30D9B72AF4BD8B955A7C83600 | The Artiste |
| 05/19/2016 22:32:48 | 1A44F938F9E34A86F83E4AD47EDB272E0B9AF2A3 | X-art Unauthorized Pack 1A44F93 |
| 03/28/2016 18:54:30 | 0B4F092D9CE931EA5B0A707176374B1D03F6B088 | Afternoon Snack |
| 03/22/2016 09:33:16 | 5C4ADC4B7BECC2F7CA7EC115690160A69FC67440 | Tantalizing Fox |
| 03/18/2016 09:42:26 | 3F0D43FEA165B3C2FE2EF4C0228CB674D7B4FCBA | These Girls Are On Fire |
| 02/22/2016 03:14:41 | BAF082046FE11BCBB35FD0A6093AC2FE52DBBB37 | Connie True Love |
| 02/21/2016 22:21:57 | A95BB98CE1736FE847A2516B42F0D607294AB703 | Casual Sex |
| 02/10/2016 23:22:57 | 107128D83D59F049BBAB2A0CF06BBF86896F8907 | Luckiest Man Alive |
| 02/08/2016 17:24:58 | C845D71480650CDB0BD513B33BA9E52102268E88 | Four Way In 4K |
| 01/20/2016 05:07:09 | 2432CC98F44B524B277C5BEEC62503E17F6F9686 | Hot In Here |
| 01/14/2016 22:51:12 | 97C2C76266DB21FD01F062D03873398C6F8FB789 | X-art Unauthorized Pack 97C2C76 |
| 01/13/2016 21:21:35 | B77DF7A34044E15FC18489F101CBEB0607431349 | Sexy Summer Camp |
| 12/29/2015 05:29:20 | 50DBA7FAC7572CF3CAD78489F6FEFB325DF8A2E9 | Xmas Cums Once A Year |
| 11/29/2015 05:41:12 | DF6D1F074353A9AEB965719199C51BE6B204702E | Tiny Seductress |
| 11/09/2015 18:26:45 | AA71EC044F997A6DFF8907DA18F28D94B3D680CE | Dressed to Thrill |
| 10/30/2015 19:26:15 | 3A1BB659811D04D20026DE9D4EB665F8F3706E93 | Domination Part One |
| 10/04/2015 01:58:38 | AEA8408C835A5BDB22543E59ABC391528B848D2A | In Love With Little Caprice |
| 09/27/2015 04:12:04 | 0B7FD0CCBEDB6DB909AC67927989CF1E838521B8 | Season of Love |

EXHIBIT A

CNJ582

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 08/31/2015 06:08:48 | DA65EF06C367247D469B313BCA4D148F7FAC5301 | Every Mans Sexy Camping Trip |
| 08/26/2015 19:17:45 | E44B9F093134C6DE84F24546DFA2461336ED79A6 | An Erotic Encounter |
| 08/01/2015 20:55:15 | DCFCD39292768F866EE42993712D8D7E38DC5D42 | A Deep Awakening |
| 08/01/2015 16:28:51 | 6003250A1022FBB217C7F13C10D5702B7EF7C46F | Among The Wildflowers |
| 08/01/2015 14:55:02 | E9126153FC0F5C89915255E28CD09B799557873E | Triple Play |

**Total Statutory Claims Against Defendant: 35**

EXHIBIT A

CNJ582