UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **MALIBU MEDIA, LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**BRIAN LARSON**,<br><br>Defendant. | Hon. Peter G. Sheridan, U.S.D.J.<br><br>Case No. 3:16-cv-05232 (PGS-TJB)<br><br>CIVIL ACTION<br><br>**ANSWER and SEPARATE DEFENSES to AMENDED COMPLAINT**<br>**and**<br>**DEMAND FOR JURY TRIAL**<br><br>Document Filed Electronically |

Defendant Brian Larson, by way of Answer to plaintiff's Amended Complaint, says:

INTRODUCTION

1. No factual allegations are alleged against this defendant in paragraph 1 of the Amended Complaint which consists solely of legal conclusions. As such, this defendant is not obligated to Admit or Deny the allegations in this paragraph. To the extent this paragraph contains factual allegations against this defendant, defendant is without sufficient information to form a belief as to the allegations contained in paragraph 1 of the Amended Complaint and leaves plaintiff to its proofs.

2. Defendant Denies the allegations contained in paragraph 2 of the Amended Complaint.

3. Defendant Denies the allegations contained in paragraph 3 of the Amended Complaint to the extent that those allegations relate to or implicate any actions of defendant. Defendant is without sufficient information to form a belief as to the remaining allegations contained in paragraph 3 of the Amended Complaint and leaves plaintiff to its proofs.